

No. 12–0638/AR. U.S. v. Jeffrey D. Smith. CCA 20110569. Appellant's motion to extend time to file the supplement to the petition for grant of review out of time is granted.